Leon ALCORN, Petitioner-Appellant,

v.

v.

Steve SMITH, Warden, Kentucky State Reformatory, Respondent-Appellee.

No. 82–5623.

United States Court of Appeals, Sixth Circuit.

Aug. 3, 1984.

---

**4**

Before KEITH and MERRITT, Circuit Judges, and WISEMAN, District Judge.*

### ORDER DENYING PETITION FOR REHEARING

Before the panel is the Respondent-Appellee's Petition for Rehearing.

The petition challenges the statement that the respondent did not raise the exhaustion of state remedies issue in reference to the discussion of cause and prejudice for petitioner's procedural default. This statement is accurate. Moreover, if it were not accurate, it would in no way affect disposition of this case.

The petition for rehearing is denied.